CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 12 2015

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA EUGENE ANDREWS, | ) | CASE NO. 7:15CV00178 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| KEO VONGSOUVANH, ET AL., | ) | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915(b), is **GRANTED**, allowing him to proceed without prepaying the filing fee,; but this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b), as frivolous, and the clerk shall close the case.

ENTER: This 12th day of May, 2015.

_____
Chief United States District Judge